IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KO OLINA INTANGIBLES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>        Plaintiff,<br>  vs.<br><br>NIMIETY GROUP LLC, A HAWAII LIMITED LIABILITY COMPANY,<br><br>        Defendant. | CIVIL NO. 19-00441 JMS-RT |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF KO OLINA
INTANGIBLES, LLC'S MOTION FOR DEFAULT JUDGMENT

Findings and Recommendation having been filed on July 28, 2020 and served on Plaintiff on July 28, 2020 and on Defendant on August 25, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Grant Plaintiff Ko Olina Intangibles, LLC's Motion For Default Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, September 23, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge