IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KO OLINA INTANGIBLES, LLC, A DELEWARE LIMITED LIABILITY COMPANY, | CIV. NO. 19-00441 JMS-RT |
| Plaintiff, | |
| vs. | |
| NIMIETY GROUP LLC, A HAWAII LIMITED LIABILITY COMPANY, | |
| Defendants. | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART JUDGMENT CREDITOR KO OLINA INTANGIBLES, LLC'S MOTION TO AMEND DEFAULT JUDGMENT**

Findings and Recommendation having been filed and served on

Plaintiff on June 30, 2021 and on Defendant on July 2, 2021, and no objections

having been filed by any party,

///

///

///

///

///

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant In Part and Deny In Part Judgment Creditor Ko Olina Intangibles, LLC's Motion to Amend Default Judgment" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 20, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

2